UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

KATHLEEN M. TODARO,

        Plaintiff,

v.

Civil Action No. 11-CV-1058

CREDIT MANAGEMENT SOLUTIONS, LLC.,

        Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Kathleen M. Todaro, hereby voluntarily dismisses this action against Defendant Credit Management Solutions, LLC., with prejudice.

DATED: July 18, 2012

_____
Kimberly T. Irving, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884